STROOCK & STROOCK & LAVAN LLP
*Attorneys for Defendant FGLS EQUITY, LLC*
Lewis Kruger
Kenneth Pasquale
180 Maiden Lane
New York, NY 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
| | |
|---|---|
| In re | : SIPA LIQUIDATION |
| | : |
| BERNARD L. MADOFF INVESTMENT , SECURITIES LLC, | : Index No. 08-01789 (BRL) |
| | : |
| Debtor. | : |

------------------------------------------------------------------- X
| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | : Adv. Pro. No. 10-05191 (BRL) |
| | : |
| Plaintiff, | : |
| v. | : |
| | : |
| FGLS EQUITY, LLC | : |
| | : |
| Defendant. | : |

------------------------------------------------------------------- X

**NOTICE OF SUBSTITUTION OF COUNSEL**
**FOR DEFENDANT AND [PROPOSED] ORDER THEREON**

   PLEASE TAKE NOTICE that Marc Bogatin hereby withdraws as counsel of

record to defendant, FGLS Equity, LLC in the above-captioned action.

   PLEASE ENTER THE APPEARANCE of Stroock & Stroock & Lavan LLP, as

counsel to the defendant FGLS Equity, LLC, by the undersigned attorneys in the above-

captioned action.

All notices given or required to be given, and all papers filed or served in the above-captioned matter, shall henceforth be provided to and served upon Stroock & Stroock & Lavan LLP at the address below.

Dated: February 16, 2012

**MARC BOGATIN, ESQ.**

/s/ Marc Bogatin

Marc Bogatin
277 Broadway, Suite 900
New York, NY 10007
Telephone: (212) 406 9065
Facsimile: (212) 406 1560

WITHDRAWING COUNSEL to Defendant

Dated: February 16, 2012

**STROOCK & STROOCK & LAVAN LLP**

/s/ Lewis Kruger

Lewis Kruger
Kenneth Pasquale
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006
lkruger@stroock.com
kpasquale@stroock.com

APPEARING COUNSEL to Defendant

SO ORDERED, this ___ day of February, 2012

HONORABLE BURTON R. LIFLAND
UNITED STATES BANKRUPTCY JUDGE