**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Jonathan B. New
Robertson D. Beckerlegge
Essence Liburd

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>FGLS Equity LLC<br><br>        Defendant. | Adv. Pro. No. 10-05191 (BRL) |

300293092

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (ECF No 3141), entered by this Court in the above-captioned SIPA liquidation, Adv. Pro. No. 08-01789 (BRL), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: October 18, 2013.

2. Fact Discovery shall be completed by: May 16, 2014.

3. The Deadline for Service of Substantive Interrogatories shall be: February 15, 2014.

4. The Disclosure of Case-in-Chief Experts shall be due: July 14, 2014.

5. The Disclosure of Rebuttal Experts shall be due: August 14, 2014.

6. The Deadline for Completion of Expert Discovery shall be: November 12, 2014.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: February 10, 2015.

8. The Deadline for Conclusion of Mediation shall be: July 31, 2015.

| | |
|---|---|
| Dated: New York, New York<br>July 16, 2013 | BAKER & HOSTETLER LLP<br><br>By:    _/s/ Marc Hirschfield_<br><br>**BAKER & HOSTETLER LLP**<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Marc E. Hirschfield<br>Email: mhirschfield@bakerlaw.com<br>Jonathan B. New<br>Email: jnew@bakerlaw.com<br>Robertson D. Beckerlegge<br>Email: Rbeckerlegge@balerlaw.com<br>Essence Liburd<br>Email: eliburd@bakerlaw.com<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff* |