ARKIN SOLBAKKEN LLP
*Attorneys for FGLS EQUITY, LLC*
Stanley S. Arkin
Lisa C. Solbakken
590 Madison Avenue
New York, New York 10022
Phone: (212) 333-0200
Facsimile: (212) 333-2350

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x

| | : | |
|---|---|---|
| In re: | : | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | : | Index No. 08-01789 (BRL) |
| Debtor. | : | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | : | Adv. Pro. No. 10-05191 (BRL) |
| Plaintiff and Counterclaim Defendant, | : | |
| - against - | : | |
| FGLS EQUITY, LLC | : | |
| Defendant and Counterclaim Plaintiff. | : | |

---------------------------------------------------------------------x

**NOTICE OF SUBSTITUTION OF COUNSEL**
**FOR FGLS EQUITY, LLC AND [PROPOSED] ORDER THEREON**

PLEASE TAKE NOTICE that Stroock & Stroock & Lavan LLP hereby withdraws as counsel of record to defendant FGLS Equity, LLC ("FGLS") in the above-referenced action.

PLEASE ENTER THE APPEARANCE of Arkin Solbakken LLP as counsel of record to FGLS by the undersigned attorneys in the above-captioned action.

All notices given or required to be given, and all papers filed or served in the above-captioned matter, shall henceforth be provided to and served upon Arkin Solbakken LLP at the addresses below.

Dated: November 17, 2014

| | |
|---|---|
| **STROOCK & STROOCK & LAVAN LLP** | **ARKIN SOLBAKKEN LLP** |
| By:/s/ *Kenneth Pasquale* | By: /s/ *Stanley S. Arkin* |
| Kenneth Pasquale | Stanley S. Arkin |
| 180 Maiden Lane | Lisa C. Solbakken |
| New York, New York, 10038 | 590 Madison Avenue |
| Phone: (212) 806-5400 | New York, New York 10022 |
| | Phone: (212) 333-0200 |
| WITHDRAWING COUNSEL to FGLS | APPEARING COUNSEL to FGLS |

SO ORDERED this ____ day of _____, 2014

_____

HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE